| | |
|---|---|
| **BERT L. ROOS, P.C.**<br>Bert L. Roos, (#006960)<br>5045 North 12th Street, Suite B<br>Phoenix, Arizona 85014<br>Phone: (602) 242-7869<br>Fax:    (602) 242-5975<br>Email:  blrpc85015@msn.com<br>**Attorney for Debtors** | |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>DAVID MICHAEL STODGHILL<br>SHARON LEE STODGHILL,<br><br>        Debtors. | Chapter 13<br><br>Case No.: 2:22-BK-00099-MCW<br><br>Adversary No. 2:22-AP-00077-MCW |
| Blucor Contracting, Inc.,<br><br>        Plaintiff,<br><br>v.<br><br>DAVID MICHAEL STODGHILL and<br>SHARON LEE STODGHILL,<br><br>        Defendants | **NOTICE OF LODGING** |

    Notice is hereby given that the above-named Debtors, DAVID MICHAEL STODGHILL and SHARON LEE STODGHILL, lodged the Order to Extend Time to file Response to Movant's Complaint to Determine Discharge Ability of Debt.

    DATED:      May 24, 2022.

                                                    /s/Bert L. Roos, SB#006960
                                                    Bert L. Roos
                                                    Attorney for Debtors

Copy of forgoing mailed
this __24th__ day of May 2022 to:

Russell Brown
Chapter 13 Trustee
3838 N. Central Avenue, Ste. 800
Phoenix, AZ 85012

-1-
Case 2:22-ap-00077-MCW    Doc 6    Filed 05/24/22    Entered 05/24/22 18:13:39    Desc
Main Document    Page 1 of 2

U.S. TRUSTEE
OFFICE OF THE U.S. TRUSTEE
230 NORTH FIRST AVENUE
SUITE 204
PHOENIX, AZ 85003

Guy W. Bluff, Esq.
4205 N. 7th Avenue, Ste. #201
Phoenix, AZ 85013
Attorney for Movant

__/s/Theresa Bailey_____